UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
                          -v.-                                 :    22 Cr. 627 (VM)
                                                               :
MICHAEL ROSEBORO,                                              :    ORDER
                                                               :
                                        Defendant.             :
                                                               :
-------------------------------------------------------------- X

STEWART D. AARON, United States Magistrate Judge:

      The Court hereby authorizes the United States Marshals Service and the Bureau of Prisons to use reasonable force necessary to remove the defendant, Michael Roseboro, from MDC Brooklyn for a court appearance on November 28, 2022.

      SO ORDERED.

Dated: November 28, 2022
New York, New York

_____
STEWART D. AARON
United States Magistrate Judge