```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

MICHAEL ROSEBORO,

                Defendant.

**22 CR 0627 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules an initial conference in this matter for Friday, December 9, 2022 at 11:30 AM.

**SO ORDERED.**

Dated:    2 December 2022
             New York, New York

_____
Victor Marrero
U.S.D.J.