

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2022
```

December 8, 2022

**BY ECF & EMAIL**

The Honorable Victor Marrero
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michael Roseboro*, 22-cr-627 (VM)

Dear Judge Marrero:

    The Government writes on behalf of the parties to respectfully request the exclusion of time from today until the conference that is scheduled for December 16, 2022 pursuant to the Speedy Trial Act, Title 18, United States Code, Section 2161.  The requested exclusion of time serves the interest of justice as it will allow the Government to produce discovery, the defendant to review discovery, and the parties to discuss a potential resolution of the case.  The defense consents to the request for the exclusion of time.  Thank you for your consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Brandon C. Thompson
Assistant United States Attorney
(212) 637-2444

cc: Mark Gombiner, Esq. (by ECF)

---

**Request GRANTED.** The Court hereby adjourns the conference scheduled for December 9, 2022 at 11:30 AM until December 16, 2022 at 10:30 AM. Further, the Court hereby orders that time until December 16, 2022 be excluded from speedy trial calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

12/8/2022
DATE          VICTOR MARRERO, U.S.D.J.