```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

MICHAEL ROSEBORO,

                Defendant.

22-cr-0627

ORDER

**VICTOR MARRERO**, United States District Judge.

    The Court has reviewed the transcript of plea proceedings before Magistrate Judge Lehrburger and hereby accepts Defendant Michael Roseboro's guilty plea.

    The Court hereby adjourns sentencing proceedings from the control date set by Magistrate Judge Lehrburger to March 22, 2024, at 11 a.m.

**SO ORDERED.**

Dated:    27 November 2023
             New York, New York

                                              Victor Marrero
                                                U.S.D.J.