```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/24

UNITED STATES OF AMERICA

- against -

MICHAEL ROSEBORO,

               Defendant.

22-cr-0627 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    The sentencing proceeding in this matter is hereby adjourned from March 22, 2024, to April 12, 2024, at 3:30 p.m. In accordance with this Court's Individual Practices, sentencing memoranda shall be due to the Court no later than April 5, 2024.

**SO ORDERED.**

Dated:    March 14, 2024
            New York, New York

                                              _____
                                              Victor Marrero
                                              U.S.D.J.