```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :   22 Cr. 0627 (VM)
                                    :
     - against -                    :   ORDER
                                    :
                                    :
MICHAEL ROSEBORO,                   :
                                    :
              Defendant.            :
------------------------------------ X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 1/16/2025**

**VICTOR MARRERO, United States District Judge.**

The Government and the Probation Office are hereby directed to respond to the matters set forth by Defendant Roseboro at Dkt. Nos. 36, 37 no later than thirty (30) days from the date of this Order.

The Clerk of Court is hereby directed to mail a copy of this Order to Defendant Roseboro.

**SO ORDERED.**

Dated:   New York, New York
         January 16, 2025

*[signature]*
Victor Marrero
U.S.D.J.